UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-11124-RGS

STEVEN SARGENT

v.

LYNN BISSONNETTE

MEMORANDUM AND ORDER ON
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

February 7, 2011

STEARNS, D.J.

After review of the Report and petitioner's Objections, I agree with Magistrate Judge Bowler that the petition fails to establish any meritorious ground for relief. The rulings of the state court that petitioner suffered no unreasonable restrictions on the presentation of his defense and that he had failed to establish bias (or its potential) on the part of the questioned juror were neither contrary to nor an unreasonable application of established federal law. I also agree that the claims of ineffective assistance are untimely raised. Consequently, I will adopt the Magistrate Judge's Recommendation. The petition is <u>DISMISSED</u> with prejudice. The Clerk will now close the case.

    SO ORDERED.

    /s/ Richard G. Stearns

    _____
    UNITED STATES DISTRICT JUDGE